```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        WESTERN DIVISION
                      NO.  5:10-CV-21-FL
```

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )   DEFAULT JUDGMENT
         v.                      )
                                 )
$1,981.00 IN U. S. CURRENCY      )
AND 910 ENGLISH POUNDS           )
CONVERTED TO $1,429.34 U.S.      )
CURRENCY,                        )
                                 )
              Defendants.        )
```

This matter is before the Court on Plaintiff's Motion for Default Judgment.  It appearing that a copy of the Complaint herein was served upon the record owner of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1.  Process was duly issued in this cause and the defendants were duly seized by the United States Marshal pursuant to said process;

2.  No other entitled persons have filed any claim to the defendants nor answer regarding it within the time fixed by law; and

3.  The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1.  Default judgment be and the same is hereby entered against the defendants;

2.  All persons claiming any right, title, or interest in or to the said defendants are held in default;

3.  The defendants are forfeited to the United States of America; and

4.  The United States Marshal is hereby directed to dispose of the defendants according to law.

SO ORDERED this 13th day of _____July_____, 2010.

_____
LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

N:\BHartley\defaults\$1,981 Default Judgment.wpd